UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __March 15, 2022__

| | |
|---|---|
| WEX BANK,<br><br>                              **Plaintiff,**<br><br>-against-<br><br>TARGET INTERSTATE SYSTEMS, INC., ET AL.,<br><br>                              **Defendants.** | 1:22-CV-2036-ALC<br><br>**ORDER REQUESTING**<br>**STATUS REPORT** |

**ANDREW L. CARTER, JR., United States District Judge:**

This case was recently transferred to this Court from the U.S. District Court for the District of New Jersey on March 11, 2022. ECF No. 8. All parties that have appeared in this case shall file a joint report regarding the status of this case no later than **March 29, 2022**.

**SO ORDERED.**

Dated:  March 15, 2022
        New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**